**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEUSTAR, INC., JAMES G. CULLEN, PAUL D. BALLEW, JOEL P. FRIEDMAN, MARK N. GREENE, LISA A. HOOK, ROSS K. IRELAND, PAUL A. LACOUTURE, DEBORAH D. RIEMAN, MICHAEL J. ROWNY, HELLENE S. RUNTAGH , GOLDEN GATE CAPITAL, GIC, AERIAL TOPCO, L.P., and AERIAL MERGER SUB, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-00060-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Paul Parshall hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 28, 2017                    **RIGRODSKY & LONG, P.A.**

                                By:   */s/ Brian D. Long*
**OF COUNSEL:**                       Brian D. Long (#4347)
                                      Gina M. Serra (#5387)
**RM LAW, P.C.**                      2 Righter Parkway, Suite 120
Richard A. Maniskas                   Wilmington, DE 19803
1055 Westlakes Drive, Suite 3112      (302) 295-5310
Berwyn, PA 19312
(484) 324-6800                        *Attorneys for Plaintiff*